**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffrey Scott WATSON, Defendant–Appellant.**

No. 12–14786
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 3, 2013.

William H. Beckerleg, Jr., Laurie E. Rucoba, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robert N. Berube, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant. Jeffrey Scott Watson, Coleman, FL, pro se.

Before BARKETT, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Jeffrey Watson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Watson's conviction and sentence are **AFFIRMED**.